UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WALLACE CRAFT, SR., ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 01-3490 |
| WHITEHALL-ROBINS HEALTH CARE, ET AL | * | SECTION "F" |

ORDER OF RECUSAL

In accordance with Title 28, Section 455, the undersigned hereby disqualifies himself from handling this matter; accordingly,

IT IS ORDERED that the Clerk of Court reallot this matter to another Section of this Court.

New Orleans, Louisiana, March 13, 2008.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

REALLOTTED TO

SECT. J

MAR 1 4 2008